IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

FRANCISCO SALDANA,

    Plaintiff,

v.

ALEJANDRO MAYORKES, *et al.*,

    Defendants.

Case No. 6:23-CV-03192-MDH

**ORDER**

    Before the Court is Plaintiff's *pro se* motion to compel the Defendants to adjudicate Plaintiff's N600 application (Doc. 5) and Defendants' Motion to Dismiss for Lack of Continuing Subject Matter Jurisdiction. (Doc. 10). Defendants move to dismiss Plaintiff's claim stating it has become moot. Plaintiff has not responded to Defendants' motion and the time to do so has expired. As a result, the motions are ripe for review.

    Plaintiff's *pro se* Complaint and motion to compel the Defendants to adjudicate Plaintiff's N600 application states that Plaintiff seeks judicial intervention in the processing of his N600 application and issuing a certificate of citizenship because his "application is being held in abeyance." Plaintiff states he seeks a declaration that he is a United States citizen and should be issued a certificate.

    Defendants have represented to the Court that after the initiation of this lawsuit the USCIS conducted a virtual interview with Plaintiff and has now administered the oath of allegiance to him. On September 12, 2023, a Certificate of Citizenship was placed in the mail to Plaintiff and Defendants have attached a redacted copy to their filing. (Doc. 10-1). As a result, Plaintiff's claims are now moot as his N600 application has been processed and approved.

1

Further, Plaintiff's filings also sought recovery of his fees in filing this action. However, Plaintiff was granted leave to proceed IFP and therefore did not pay a filing fee.

Wherefore, after a review of the record before it, and for the reasons set forth in the Defendants' motion, the motion to dismiss is hereby **GRANTED.** Further, Plaintiff's motion is denied is moot. The case is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Date: October 10, 2023

          */s/ Douglas Harpool*
          Hon. Douglas Harpool
          United States District Judge